**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 07-6287**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

BEKIR VURAL,

Defendant - Appellant.

---

**No. 07-6709**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

BEKIR VURAL,

Defendant - Appellant.

---

Appeals from the United States District Court for the Eastern District of Virginia, at Alexandria.  Albert V. Bryan, Jr., Senior District Judge.  (1:90-cr-00139-AVB)

---

Submitted:  August 24, 2007        Decided:  September 7, 2007

---

Before NIEMEYER, MICHAEL, and TRAXLER, Circuit Judges.

——————————————

Affirmed by unpublished per curiam opinion.

——————————————

Bekir Vural, Appellant Pro Se. Charles Philip Rosenberg, United States Attorney, Alexandria, Virginia, for Appellee.

——————————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Bekir Vural appeals the district court's orders denying his Fed. R. Civ. P. 60(b) motions. We have reviewed the record and find no reversible error. Accordingly, we affirm the orders of the district court. See United States v. Vural, No. 1:90-cr-00139-AVB (E.D. Va. filed Jan. 31, 2007 & entered Feb. 2, 2007; filed & entered Apr. 26, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED